**Order filed, August 12, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00564-CV
_____

**PAUL E NUNU, Appellant**

**V.**

**NANCY NUNU RISK AND CHARLES L. NUNU, Appellee**

---

**On Appeal from the Probate Court No 2
Harris County, Texas
Trial Court Cause No. 416781**

---

## ORDER

The reporter's record in this case was due July 30, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Donald G. Pylant, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer and Spain.